UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM BOLDEN, | ) | CASE NO. CV 10-532-RGK (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| R. DAVID (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition And Denying Certificate Of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 2, 2010 .

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd